# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

RAMIRO SALAS-ALVAREZ et al.,

    Plaintiffs,

v.                        CASE NO. 4:14cv503-RH/CAS

GRAVE CREEK INC., d/b/a
WYRICK & SONS PINE STRAW,

    Defendant.

_____/

## ORDER OF TRANSFER

This case arises from events that occurred in this court's Panama City division. The defendant has moved to dismiss the case for improper venue or to transfer the case to the Panama City division.

The case cannot properly be dismissed. Venue is proper in either the Tallahassee or Panama City division. But the case can and should be transferred.

Under 28 U.S.C. § 1404(a), "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have brought . . . ." This action could properly

have been brought in the Panama City division.  Transfer to that division will serve the convenience of parties and witnesses and the interest of justice.

Accordingly,

IT IS ORDERED:

The motion to dismiss or transfer, ECF No. 5, is GRANTED IN PART.  The case is transferred to the Panama City division.  The clerk must take all steps necessary to effect the transfer.

SO ORDERED on November 18, 2014.

                                      s/Robert L. Hinkle
                                      United States District Judge