UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

PANAMA CITY DIVISION

| | |
|---|---|
| RAMIRO SALAS-ALVAREZ, ) | |
| AMPARO ANTONIO BANUELOS-POSADAS, ) | |
| VINCENT A. BLANCO-FERNANDEZ, ) | |
| ARNULFO MARTINEZ-MORENO, ) | |
| SERGIO ARMANDO MORENO-SAUCEDA, ) | |
| BENITO PEREZ-SALINAS, ) | |
| JUAN LUIS RAMOS-ARANDA, ) | |
| JESUS MARTIN SAUCEDA-PINEDA, ) | CASE NO. 5:14-cv-323-RS-GRJ |
| FRANCISCO TORRES-RUIZ, ) | |
| JORGE ZAPATA-BALLEZA, and ) | |
| PEDRO VAZQUEZ-TORREZ, ) | |
| Plaintiffs, ) | |
| v. ) | |
| GRAVES CREEK INC., d/b/a ) | |
| WYRICK & SONS PINE STRAW, ) | |
| Defendant. ) | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE**

**DISCLOSURE STATEMENT**

COMES NOW, Plaintiffs, by and through their undersigned counsel, and file this Certificate of Interested Persons And Corporate Disclosure Statement, stating:

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded

companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

| | |
|---|---|
| Attorneys for Plaintiffs: | Gladys Ortega, Amanda Marie Caldwell |
| Law firm for Plaintiffs: | Florida Rural Legal Services, Inc. |
| | |
| Attorneys for Plaintiffs: | Gregory Schell, Karla Martinez |
| Law firm for Plaintiffs: | Florida Legal Services, Inc. |
| | |
| Attorneys for Defendant: | Rebecca Southwell Daffin, Cecilia Redding Boyd |
| Law firm for Defendant: | Law Office of Rebecca Southwell Daffin, Law Office of Cecilia Redding Boyd, P.A |
| | |
| The Defendant: | Graves Creek Inc., d/b/a Wyrick & Sons Pine Straw |

The 11 named Plaintiffs in this action, who are:

Ramiro Salas- Alvarez
Amparo Antonio Banuelos-Posadas
Vincent A. Blanco-Fernandez
Arnulfo Martinez-Moreno
Sergio Armando Moreno- Sauceda
Benito Perez-Salinas
Juan Luis Remos-Aranda
Jesus Martin Sauceda-Pineda
Francisco Torres-Ruiz
Jorge Zapata-Belleza
Pedro Vasquez-Torrez

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

The 11 named Plaintiffs in this action, who are:

   Ramiro Salas- Alvarez
   Amparo Antonio Banuelos-Posadas
   Vincent A. Blanco-Fernandez
   Arnulfo Martinez-Moreno
   Sergio Armando Moreno- Sauceda
   Benito Perez-Salinas
   Juan Luis Remos-Aranda
   Jesus Martin Sauceda-Pineda
   Francisco Torres-Ruiz
   Jorge Zapata-Belleza
   Pedro Vasquez-Torrez

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: December 18, 2014

Respectfully submitted,

**/s/ Andrea Ortega**
Gladys Andrea Ortega
Florida Bar Number 0097651
Telephone: 239-334-4554, ext. 4120
Email: andrea.ortega@frls.org

**/s/ Amanda Caldwell**
Amanda Caldwell
Florida Bar Number 0064237
Telephone: 239-334-4554, ext. 4112
Email: amanda.caldwell@frls.org

>Florida Rural Legal Services
>3210 Cleveland Avenue, Ste. 101
>Fort Myers, Florida 33902
>Telephone: 239-334-4554
>Fax: 239-334-3042
>
>
>**/s/ Karla C. Martinez**
>Karla C. Martinez, Esq.
>Florida Bar No.: 0094674
>e-mail: karla@floridalegal.org
>
>
>**/s/ Gregory S. Schell**
>Gregory S. Schell, Esq.
>Florida Bar No.: 287199
>e-mail: greg@floridalegal.org
>
>Florida Legal Services, Inc.
>Migrant Farmworker Justice Project
>508 Lucerne Avenue
>Lake Worth, Florida 33460-3819
>Telephone: (561) 582-3921
>Facsimile: (561) 582-4884
>
>
>*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified.

>*/s/* **Andrea Ortega**

## **SERVICE LIST**

<u>Salas-Alvarez et al. v. Graves Creek Inc. d/b/a Wyrick & Sons Pine Straw</u>
Case No.: 4:14-cv-00503-RH-CAS

United States District Court
North District of Florida

**Gladys Ortega**
Telephone:  (239) 334-4554 ext. 4120
Email: andrea.ortega@frls.org

**Amanda Caldwell**
Telephone: (239) 334-4554 ext. 4112
Email: amanda.caldwell@frls.org

Florida Rural Legal Services
3210 Cleveland Avenue, Ste. 101
Fort Myers, Florida 33902
Telephone: 239-334-455
Fax: 239-334-3042


**Karla C. Martinez, Esq.**
e-mail: karla@floridalegal.org

**Gregory S. Schell, Esq.**
e-mail: greg@floridalegal.org

Florida Legal Services, Inc.
Migrant Farmworker Justice Project
508 Lucerne Avenue
Lake Worth, Florida 33460-3819
Telephone: (561) 582-3921
Facsimile: (561) 582-4884

*Attorneys for Plaintiffs*

**Rebecca S. Daffin**
Rebecca Southwell Daffin
P.O. Box 558
131 Harrison Avenue
Panama City, Florida 32402
Telephone: (850) 769-0017
Email: rsdaffin@knowlogy.net
(Served via transmission of Notice of
Electronic Filing generated by CM/ECF)


**Cecilia Redding Boyd**
Law Office of Cecilia Redding Boyd P.A.
P. O. Box 69
211 E. 4th Street
Panama City, FL  32402-0069
Telephone: (850) 872-8514
Email: Credding1@aol.com
(Served via transmission of Notice of
Electronic Filing generated by CM/ECF)


*Attorneys for Defendant Graves Creek Inc.*
*d/b/a Wyrick & Sons Pine Straw*