IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**RAMIRO SALAS-ALVAREZ,**
**AMPARA ANTONIO BANUELOS-POSADAS,**
**VINCENT A. BLANCO-FERNANDEZ,**
**ARNULFO MARTINEZ-MORENO,**
**SERGIO ARMANDO MORENO-SAUCEDA,**
**BENITO PEREZ-SALINAS,**
**JUAN LUIS RAMOS-ARANDA,**
**JESUS MARTIN SAUCEDA-PINEDA,**
**FRANCISCO TORRES-RUIZ,**
**JORGE ZAPATA-BALLEZA, and**
**PEDRO VAZQUEZ-TORREZ,**

      Plaintiffs,

v.                                        Case No. 5:14cv323-MW/GRJ

**GRAVES CREEK, INC., d/b/a**
**WYRICK & SONS PINE STRAW,**

      Defendant.
_____/

**ORDER GRANTING MOTION FOR ENLARGEMENT**
**OF TIME TO AMEND PLEADINGS**

    This Court has considered, without hearing, Plaintiffs' Motion for Enlargement of Time to Amend the Pleadings, ECF No. 49, along with Defendant's Response to the motion, ECF No. 51.  The motion is **GRANTED**.  Plaintiffs may

1

amend their complaint on or before **June 10, 2015**.  Defendant shall file its response within fourteen days of service of the amended complaint.

    **SO ORDERED on June 3, 2015.**

<u>s/Mark E. Walker</u>
**United States District Judge**
